# IN THE SUPREME COURT OF TEXAS

No. 15-0117

IN RE LAZY W DISTRICT NO. 1, RELATOR

ON PETITION FOR WRIT OF MANDAMUS

FILE COPY

FILED IN COURT OF APPEALS
12th Court of Appeals District

MAR 11 2015

TYLER TEXAS
CATHY S. LUSK, CLERK

**ORDERED:**

1.     Relator's emergency motion for stay, filed February 18, 2015, is granted as amended.   All trial court proceedings in Cause No. 2014C-0144, styled *Tarrant Regional Water District, a Water Control and Improvement District v. Lazy W District No. 1, also known as Lazy W Conservation District, East Texas Ranch, L.P., and Beverly Wilson Smith*, in the 3rd District Court of Henderson County, Texas, are stayed pending further order of this Court.

2.     The petition for writ of mandamus remains pending before this Court.


Done at the City of Austin, this March 11, 2015.

Blake A. Hawthorne

BLAKE A. HAWTHORNE, CLERK
SUPREME COURT OF TEXAS

BY CLAUDIA JENKS, CHIEF DEPUTY CLERK



**THE SUPREME COURT OF TEXAS**
Post Office Box 12248
Austin, Texas 78711

(512) 463-1312

March 11, 2015

Mr. Michael L. Atchley II
Pope, Hardwicke, Christie,
Schell, Kelly & Ray, L.L.P.
500 W. 7th Street, Suite 600
Fort Worth, TX 76102
* DELIVERED VIA E-MAIL *

Mr. M. Keith Dollahite
M. Keith Dollahite PC
5457 Donnybrook Avenue
Tyler, TX 75703
* DELIVERED VIA E-MAIL *

Honorable Joe D. Clayton
Judge, 76th District Court
Smith County Courthouse
100 North Broadway, 2nd Floor
Tyler, TX 75702



FILED IN COURT OF APPEALS
12th Court of Appeals District

MAR 11 2015

TYLER TEXAS
CATHY S. LUSK, CLERK

RE:     Case Number: 15-0117
        Court of Appeals Number: 12-14-00329-CV
        Trial Court Number: 2014C-0144

Style: IN RE LAZY W DISTRICT NO. 1

Dear Counsel:

The Supreme Court of Texas granted the Emergency Motion for Stay and issued the attached stay order in the above-referenced case. The Court requests that real party in interest file a response to the petition for writ of mandamus in the above-referenced case. The response is due to be filed on **April 10, 2015. PLEASE NOTE** pursuant to TEX. R. APP. P. 9.2(c)(2) all documents (except documents submitted under seal) must be e-filed through eFileTexas.gov. You may file up to midnight on the due date.

Please note all notices or communication about this case will be sent by email in lieu of mailing paper documents. (See TEX. R. APP. P. 9.2(c)(7)).

Sincerely,

Blake A. Hawthorne, Clerk
by Claudia Jenks, Chief Deputy Clerk

FILE COPY



# THE SUPREME COURT OF TEXAS
**Post Office Box 12248**
**Austin, Texas 78711**

**(512) 463-1312**

cc:    Mr. Christopher Daniel Tinsley (DELIVERED VIA E-MAIL)
Betty Herriage
Mr. Jeffrey Lee Coe (DELIVERED VIA E-MAIL)
Ms. Cathy S. Lusk (DELIVERED VIA E-MAIL)
Mr. Monty Bennett (DELIVERED VIA E-MAIL)